**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | **ORDER** |
| 207 East Oak Avenue, Glen Ullin, North ) | |
| Dakota. It is a wood frame, light-colored ) | Case No. 1:12-mj-032 |
| single family residence ) | |

On May 30, 2012, the court issued an order to show cause why the search warrant and related documents should remain sealed. On June 7, 2012, the Government filed a Motion to Seal. It states: (1) the individual who resides at the address named in the search warrant has neither been arrested nor charged but was nevertheless the target of an investigation; and (2) the search warrant application and related documents contain personal identifying information of potential victims/witnesses. It further avers that the public's interest in these documents is outweighed by the victims' privacy, that unsealing these documents will not materially add to the public's understanding, and that the disclosure of these documents could chill victim cooperation in an ongoing investigation.

The court **GRANTS** the government's motion (Docket No. 8). This case shall remain sealed for an additional sixty (60) days, at which time the government may renew its motion should it want this case to remain sealed.

Dated this 7th day of June, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge